# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND HEALTH AND WELFARE FUND, UTAH-IDAHO TEAMSTERS SECURITY FUND, JACKSONVILLE POLICE OFFICERS AND FIRE FIGHTERS HEALTH INSURANCE TRUST, and NYST COUNCIL HEALTH & HOSPITAL FUND, on behalf of themselves and others similarly situated,<br><br>       Plaintiffs<br><br>    v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; TEVA PHARMACEUTICALS USA, INC.; TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.; and NORTON (WATERFORD) LTD.,<br><br>       Defendants. | Civ. No. 23-cv-11131 (NMG) |

**PROPOSED AGENDA FOR JUNE 25, 2024 SCHEDULING CONFERENCE**

The parties submit this proposed agenda for the June 25, 2024 Scheduling Conference, and will be prepared to discuss these matters, and anything else the Court desires, at the conference:

1. Case Posture

    a. Forthcoming Rule 12(c) Motion for a Judgment on the Pleadings

    b. Forthcoming Motion to Stay Proceedings

2. Discovery Scheduling Order