**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

<table>
<tr><td>

IRON WORKERS DISTRICT
COUNCIL OF NEW ENGLAND
HEALTH AND WELFARE FUND, UTAH-
IDAHO TEAMSTERS SECURITY FUND,
JACKSONVILLE POLICE OFFICERS
AND FIRE FIGHTERS HEALTH
INSURANCE TRUST, and NYST
COUNCIL HEALTH & HOSPITAL FUND,
on behalf of themselves and others similarly
situated,

*Plaintiffs*

v.

TEVA PHARMACEUTICAL
INDUSTRIES LTD.; TEVA
PHARMACEUTICALS USA, INC.; TEVA
BRANDED PHARMACEUTICAL
PRODUCTS R&D, INC.; and NORTON
(WATERFORD) LTD.,

*Defendants.*

</td><td>

Civ. No. 23-cv-11131 (NMG)

</td></tr>
</table>

**PLAINTIFFS' ASSENTED-TO MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move

this Court to enlarge the time in which they must file memoranda of law opposing Defendants'

motion for a judgment on the pleading and motion to stay proceedings (collectively, the

"Motions"), by fourteen days, until July 16, 2024. Under Local Rule 7.1(b)(2), the opposition

motions are currently due on July 2, 2024. Counsel for Defendants has assented to the relief

requested in this motion subject to the explanation in paragraph 7 below. In support of their motion, Plaintiffs state as follows:

1.     A Scheduling Conference in this matter is set for June 25, 2024. *See* ECF No. 52.

2.     The parties held a telephonic Rule 26(f) conference on June 4, 2024. During the 26(f) conference, Defendants disclosed to Plaintiffs their intention to file the Motions, even as Defendants did not disclose precisely when they intended to file the Motions.

3.     On June 17, 2024, Parties filed the Proposed Agenda for June 25, 2024, Scheduling Conference, ECF No. 60-2 in which Defendants' motion for a judgment on the pleadings and motion to stay proceedings are each presented as a "forthcoming motion." On the morning of June 18, 2024, Defendants sought Plaintiff's consent to "to seal certain confidential materials in connection with its Answer and Rule 12(c) motion." Plaintiffs stated that they did not "know exactly what materials Teva will seek to have sealed, but Plaintiffs do not oppose." Defendants provided no information as to the scope the materials being supplied with the Answer, nor as to the timing of the Rule 12(c) motion and motion to stay.

4.     On June 18, 2024, Defendants filed their Answer, comprising of 283 pages and attaching 22 exhibits. ECF No. 62. The exhibits span over 700 pages. Along with the nine exhibits filed under seal, Exhibit 3 purports to be a "Non-Public Appendix" previously unavailable to Plaintiffs. In total, 421 pages of the 716 pages of exhibits (58.8%) attached to Defendants' Answer are non-public materials.

5.     On June 18, 2024, Defendants concurrently filed their motion for a judgment on the pleadings, which relies on the more than 1000 pages of material in their Answer and its exhibits. ECF Nos. 63–65. On the same date, Defendants also filed their motion to stay proceedings. ECF Nos. 66–67.

6.      Plaintiffs' opposition memoranda to Defendants' motions are currently due no later than July 2, 2024. Due to the length and complexity of Defendants' Answer and corresponding exhibits, which are outside the scope of the pleadings of the amended complaint, Plaintiffs require time beyond the default 14 days to review and respond.

7.      On June 18, 2024, Plaintiffs communicated with counsel for Defendants regarding the relief requested herein. Defendants' counsel on June 20, 2024, indicated they would agree to an enlargement of Plaintiffs' time to respond by 14 days if Plaintiffs agree now to not oppose (i) a request by Defendants for leave to submit reply briefing; and (ii) an enlargement of time to 14 days for Defendants' reply briefing, should the Court permit it. Plaintiffs agreed, and consequently, Defendants assent to the relief Plaintiffs request herein. Wherefore, with good cause having been shown and with Defendants' consent, Plaintiffs respectfully request the Court grant an enlargement of time to file opposing memoranda from July 2, 2024, until July 16, 2024.

DATED:  June 20, 2024                    **BERMAN TABACCO**

By:   */s/ Todd A. Seaver*
          Todd A. Seaver (BBO #645874)

Joseph J. Tabacco, Jr. (BBO #491260)
Nicole Lavallee (*pro hac* forth coming)
Matthew D. Pearson (*pro hac* forthcoming)
Carl Hammarskjold (admitted *pro hac*)
425 California St, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
jtabacco@bermantabacco.com
nlavallee@bermantabacco.com
tseaver@bermandetabacco.com
mpearson@bermantabacco.com
chammarskjold@bermantabacco.com

Kathleen M. Donovan-Maher (BBO #558947)
Leslie R. Stern (BBO #631201)
Steven L. Groopman (BBO #568933)
Christina L. Gregg (BBO #709220)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
kdonovanmaher@bermantabacco.com
lstern@bermantabacco.com
sgroopman@bermantabacco.com
cgregg@bermantabacco.com


Joseph M. Vanek (BBO # 551083)
Eamon Kelly (*pro hac* forthcoming)
Martin V. Sinclair, Jr. (*pro hac* forthcoming)
David Lesht (*pro hac* forthcoming)
**SPERLING & SLATER, LLC**
55 W. Monroe Street
Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
jvanek@sperling-law.com
ekelly@sperling-law.com
msinclair@sperling-law.com
dlesht@sperling-law.com


Steve D. Shadowen (*pro hac* forthcoming)
Richard M. Brunell (*pro hac* forthcoming)
Matthew C. Weiner (*pro hac* forthcoming)
Tina J. Miranda (*pro hac* forthcoming)
**HILLIARD & SHADOWEN LLP**
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
steve@hilliardshadowenlaw.com
rbrunell@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com
tmiranda@hilliardshadowenlaw.com


*Counsel for the Plaintiffs and the Proposed Class*

4

Brian P. Murray (*pro hac* forthcoming)
Lee Albert (Admitted *pro hac*)
Brian D. Brooks (Admitted *pro hac*)
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Telephone: (212) 682-5340
bmurray@glancylaw.com
lalbert@glancylaw.com
bbrooks@glancylaw.com

*Counsel for Jacksonville Trust*

Christopher M. Burke (*pro hac* forthcoming)
Walter Noss (*pro hac* forthcoming)
Yifan (Kate) Lv (*pro hac* forthcoming)
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 6225-5620
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

Allan Steyer (*pro hac* forthcoming)
**STEYER LOWENTHAL BOODROKAS
ALVAREZ & SMITH LLP**
235 Pine Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 421-3400
asteyer@steyerlaw.com

Arthur Bailey (*pro hac* forthcoming)
**RUPP PFALGRAF LLC**
111 West 2nd Street, #1100
Jamestown, NY 14701
Telephone: (716) 664-2967
bailey@rupppfalz.com

*Counsel for New York State Teamsters Council
Health & Hospital Fund*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED: June 20, 2024

*/s/ Todd A. Seaver*
Todd A. Seaver (BBO #645874)

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

Undersigned counsel certifies that he has conferred with Defendants' counsel concerning this motion, and that Defendants' counsel has assented to Plaintiffs' request for an enlargement of time to file their opposition motions.

DATED: June 20, 2024

/s/ Todd A. Seaver
Todd A. Seaver (BBO #645874)