UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND HEALTH AND WELFARE FUND, UTAH-IDAHO TEAMSTERS SECURITY FUND, JACKSONVILLE POLICE OFFICERS AND FIRE FIGHTERS HEALTH INSURANCE TRUST, and NYST COUNCIL HEALTH & HOSPITAL FUND, on behalf of themselves and others similarly situated,<br><br>      *Plaintiffs,*<br><br>  v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; TEVA PHARMACEUTICALS USA, INC.; TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.; and NORTON (WATERFORD) LTD.,<br><br>      *Defendants.* | Civ. No. 23-cv-11131-NMG<br>JURY TRIAL DEMANDED |

**DEFENDANTS' MOTION TO AMEND CASE SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16.1(g), and for the reasons stated in the accompanying Memorandum of Law in Support of Defendants' Motion to Amend Case Schedule, Defendants Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Teva Branded Pharmaceutical Products R&D, and Norton (Waterford) Ltd. ("Teva"), by and through their undersigned counsel, respectfully move this Court to enter an order modifying the date by which Teva must elect whether it will assert the advice of counsel defense from November 30, 2024 to February 28, 2025.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

The undersigned counsel certifies that they conferred with counsel for Plaintiffs regarding Defendants' Motion to Amend Case Schedule. Counsel for Plaintiffs have informed Teva that they oppose Teva's requested modification to the case schedule.

DATED: October 23, 2024                    Respectfully submitted,

                                                                                   /s/ Devora W. Allon
                                                   Devora W. Allon (*pro hac vice*)
                                                   Gilad Bendheim (*pro hac vice*)
                                                   Joesph Resnick (*pro hac vice*)
                                                   KIRKLAND & ELLIS LLP
                                                   601 Lexington Avenue
                                                   New York, New York 10022
                                                   Telephone: (212) 446-5967
                                                   Facsimile: (212) 446-4900
                                                   devora.allon@kirkland.com

                                                   Tasha F. Gerasimow (*pro hac vice*)
                                                   KIRKLAND & ELLIS LLP
                                                   333 W Wolf Point Plaza
                                                   Chicago, IL 60654
                                                   Telephone: (312) 862-2384
                                                   Facsimile: (312) 862-2200
                                                   tasha.gerasimow@kirkland.com

                                                   Tiffany Knapp
                                                   KIRKLAND & ELLIS LLP
                                                   200 Clarendon Street, 47th Floor
                                                   Boston, MA 02116
                                                   Telephone: (617) 385-7405
                                                   Facsimile: (617) 385-7501
                                                   tiffany.knapp@kirkland.com

                                                   *Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I, Devora W. Allon, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 23, 2024.

DATED:  October 23, 2024            */s/ Devora W. Allon*
                                                   Devora W. Allon (*pro hac vice*)