UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND HEALTH AND WELFARE FUND, UTAH-IDAHO TEAMSTERS SECURITY FUND, JACKSONVILLE POLICE OFFICERS AND FIRE FIGHTERS HEALTH INSURANCE TRUST, and NYST COUNCIL HEALTH & HOSPITAL FUND, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; TEVA PHARMACEUTICALS USA, INC.; TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.; and NORTON (WATERFORD) LTD.,<br><br>*Defendants.* | Civ. No. 23-cv-11131 (NMG)<br>JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AND
CERTIFICATION OF SETTLEMENT CLASS**

End-Payor Plaintiffs[1], by and through their undersigned counsel, hereby respectfully moves this Court for entry of the proposed Preliminary Approval Order that, among other things, will, (1) preliminarily approve the proposed Settlement; (2) conditionally certify the proposed Settlement Class, appoint End-Payor Plaintiffs as Class Representatives, and appoint Class

---

[1] The End-Payor Plaintiffs are Iron Workers District Council of New England Health and Welfare Fund, Utah-Idaho Teamsters Security Fund, Jacksonville Police Officers and Fire Fighters Health Insurance Trust, and NYST Council Health & Hospital Fund.

Counsel for purposes of the Settlement; (3) approve the form and manner of giving notice of the proposed Settlement to the Settlement Class Members; (4) schedule Fairness Hearing to consider final approval of the Settlement; and (5) grant such other and further relief as the Court may deem just and proper.

In support of the Motion, Class Counsel will rely upon the accompanying memorandum in support and the Declaration of Todd Seaver and exhibits annexed thereto. Further, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is attached.

Defendants do not oppose this Motion.

Dated: October 24, 2025

Respectfully submitted,

**BERMAN TABACCO**

By: */s/ Matthew D. Pearson*
Kathleen M. Donovan-Maher (BBO #558947)
Leslie R. Stern (BBO #631201)
Christina Fitzgerald (BBO #709220)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
kdonovanmaher@bermantabacco.com
lstern@bermantabacco.com
cfitzgerald@bermantabacco.com

Joseph J. Tabacco, Jr. (BBO #491260)
Nicole Lavallee (*pro hac* forthcoming)
Todd A. Seaver (BBO #645874)
Matthew D. Pearson (admitted *pro hac*)
Carl Hammarskjold (admitted *pro hac*)
**BERMAN TABACCO**
425 California St, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
jtabacco@bermantabacco.com
nlavallee@bermantabacco.com
tseaver@bermandetabacco.com
mpearson@bermantabacco.com

chammarskjold@bermantabacco.com

Joseph M. Vanek (BBO # 551083)
Eamon Kelly (*pro hac* forthcoming)
Martin V. Sinclair, Jr. (*pro hac* forthcoming)
David Lesht (*pro hac* forthcoming)
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark St
Suite 2500
Chicago, IL 60654
Telephone: (312) 641-3200
jvanek@sperlingkenny.com
ekelly@sperlingkenny.com
msinclair@sperlingkenny.com
dlesht@sperlingkenny.com

Steve D. Shadowen (admitted *pro hac*)
Nicholas Shadowen (admitted *pro hac*)
Matthew C. Weiner (admitted *pro hac*)
Tina J. Miranda (*pro hac* forthcoming)
**HILLIARD SHADOWEN LLP**
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
steve@hilliardshadowenlaw.com
nshadowen@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com
tmiranda@hilliardshadowenlaw.com

*Counsel for the End-Payor Plaintiffs and Proposed Class Counsel*

Brian P. Murray (*pro hac* forthcoming)
Lee Albert (admitted *pro hac*)
Brian D. Brooks (admitted *pro hac*)
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Telephone: (212) 682-5340
bmurray@glancylaw.com
lalbert@glancylaw.com
bbrooks@glancylaw.com

*Counsel for Jacksonville Police Officers and Fire Fighters Health Insurance Trust*

Christopher M. Burke (admitted *pro hac*)

3

Yifan (Kate) Lv (admitted *pro hac*)
**BURKE LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
Telephone: (619) 369-8244
cburke@burke.law
klv@burkel.law

Allan Steyer (*pro hac* forthcoming)
**STEYER LOWENTHAL BOODROKAS ALVAREZ & SMITH LLP**
235 Pine Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 421-3400
asteyer@steyerlaw.com

Marco Cercone (*pro hac* forthcoming)
**RUPP PFALGRAF LLC**
111 West 2nd Street, #1100
Jamestown, NY 14701
Telephone: (716) 664-2967
cercone@rupppfalz.com

*Counsel for New York State Teamsters Council Health & Hospital Fund*

## RULE 7.1(a)(2) CERTIFICATION

Class Counsel certify that they have conferred with Defendants' counsel, and Defendants' counsel do not oppose the relief requested herein (as noted in paragraph 3 of the Settlement Agreement, which provides that the motion for preliminary approval of the Settlement will be "unopposed").

*/s/ Matthew D. Pearson*
Matthew D. Pearson

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participants.

*/s/ Matthew D. Pearson*
Matthew D. Pearson
